IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNELL BRANTLEY AND ARSTELLA BRANTLEY,<br><br>    Plaintiffs,<br><br>  v.<br><br>MORTGAGE ELECTRONIC SYSTEMS INC. AND OCWEN LOAN SERVICING, LLC,<br><br>    Defendants.<br>                                                 / | No. C 14-05108 WHA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court is in receipt of the report and recommendation of Magistrate Judge Jacqueline Scott Corley recommending dismissal of this action for failure to prosecute and failure to comply with court orders (Dkt. No. 9). No objection was received in response to this report and recommendation. This order therefore **ACCEPTS** and **ADOPTS** the findings therein. Accordingly, the action is **DISMISSED** pursuant to FRCP 41(b). Judgment will be entered accordingly.

**THE CLERK SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: April 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE