IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARNELL BRANTLEY AND ARSTELLA BRANTLEY,

    Plaintiffs,

  v.

MORTGAGE ELECTRONIC SYSTEMS INC. AND OCWEN LOAN SERVICING, LLC,

    Defendants.

No. C 14-05108 WHA

**JUDGMENT**

For the reasons stated in the accompanying order adopting the report and recommendation of Magistrate Judge Jacqueline Scott Corley and dismissing this action pursuant to FRCP 41(b), **FINAL JUDGMENT IS HEREBY ENTERED** against plaintiffs Carnell and Arstella Brantley. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE